MURRAY S. LEVINE, as Trustee in Bankruptcy of GEORGE E. OWENS, Bankrupt, and on His Own Behalf and on Behalf of All Stockholders of ELBE REALTY CORPORATION, Respondent, v. MAX H. ELBE and Others, Appellants, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

PARSONS-OLD COUNTRY CLUB PROPERTIES, INC., Respondent, v. JAMES McGOVERN and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

DOROTHY KLEIN, Appellant, v. MURRAY BERGER, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

REBECCA BRILL, Respondent, v. LEO BRILL, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

MARGARET MALLAHAN, Respondent, v. LAWRENCE P. MALLAHAN, Appellant, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

WOLFE B. FEIGENBAUM, Individually, and as a Stockholder of FOLKLAND APARTMENTS, INC., for and on Behalf of Himself and all Stockholders of the Said FOLKLAND APARTMENTS, INC., Respondent, v. NEW YORK STATE TEACHERS RETIREMENT SYSTEM and BANKERS TRUST COMPANY, Appellants, Impleaded with Others, Defendants. Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

WOLFE B. FEIGENBAUM, Individually, and as a Stockholder of FOLKLAND APARTMENTS, INC., for and on Behalf of Himself and All Stockholders of the Said FOLKLAND APARTMENTS, INC., Respondent, v. NEW YORK STATE TEACHERS RETIREMENT SYSTEM and BANKERS TRUST COMPANY, Appellants, Impleaded with Others, Defendants.— Order entered February 3, 1938, and order entered March 1, 1938, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed under order entered March 1, 1938, to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

U. S. B. & M. LIQUIDATION CORPORATION, Appellant, v. MARGARET K. NEUMANN and GEORGE F. J. NEUMANN, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Liquidation of LAWYERS TITLE AND GUARANTY COMPANY. In the Matter of a Plan for the Reorganization of the Rights of All the Holders of Certificates in LAWYERS TITLE and GUARANTY COMPANY, Guaranteed Mortgage Certificates Series No. Q-28953, Secured by a Mortgage Covering Premises Known as and by the Street Numbers 115-25 — 84th Avenue, Richmond Hill, in the Borough of Queens, City and State of New York, and Guaranteed by

LAWYERS TITLE AND GUARANTY COMPANY. In the Matter of the Application of STEWART FORSHAY, as Trustee, etc., Petitioner, Respondent; LOUIS H. PINK, Superintendent of Insurance, etc., Appellant; MORTGAGE COMMISSION OF THE STATE OF NEW YORK, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ. [169 Misc. 266.]

ALBERT HALSTEAD, Respondent, v. THE CONNECTICUT ELECTROTYPE COMPANY and THE CONDE NAST PUBLICATIONS, INC., Appellants.— Order, so far as appealed from, unanimously modified by limiting the books, records and documents to be produced under the second subdivision numbered " 6 " of the notice of motion, to such papers relating to the corporate set up and inter-relation of the two defendants as may appear relevant to the matters upon which the examination is to be had, and as so modified affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

HELEN GOMEZ, Respondent, v. VERNON L. GOMEZ, Appellant.— Order unanimously modified by reducing the amount of alimony to be paid to the plaintiff for her support and maintenance to the sum of seventy-five dollars per week, and the amount of the counsel fees to the sum of $750, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of SOL D. CARLIN, Appellant, for an Order against JAMES E. FINEGAN and Others, Composing and Constituting the Municipal Civil Service Commission of the City of New York and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

LIGGETT & MYERS TOBACCO COMPANY, Respondent, v. JAMES C. VAN SICLEN and Another, as Trustees, etc., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon and Cohn, JJ.

JACOB LEVY, Respondent, v. LOUIS KRAM, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

SOPHIE GLEMBY, Appellant, v. HOTEL WALDORF ASTORIA CORPORATION, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

ROBERT WALTON GOELET, Respondent, v. JACQUES KIRSCH, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

BROOKS DENHARD SURGICAL INSTRUMENT COMPANY, INC., Appellant, v. AUGUSTUS C. BRUHNKE, Defendant, Impleaded with BARNETT L. SILVER, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

BAYSIDE BUS CORP., Respondent, v. HENRY LOHSE AUTO BODY CO. OF N. J., INC., Appellant.— Order denying defendant's motion for examination of plaintiff before